MARTIN HUPPERT AND HARRY TEITELBAUM, RELATORS, v. FRANK HAGUE ET AL., BOARD OF COMMISSIONERS OF THE CITY OF JERSEY CITY, RESPONDENTS.

Submitted March 20, 1924—Decided May 7, 1924.

**Ordinances—Zoning—Ignaciunas v. Risley, Followed.**

On application for *mandamus*.

Before Justices TRENCHARD, PARKER and CAMPBELL.

For the relators, *Benjamin Gross*.

For the respondents, *Thomas J. Brogan*.

PER CURIAM.

This is a rule to show cause why a *mandamus* should not be awarded.

Relators being the owners of lands at the corner of the Hudson county boulevard and Clendenny avenue, in the city of Jersey City, applied to the proper authority for a permit to convert certain garages into stores and erect stores on the property, and the permit was refused solely upon the ground that the zoning ordinance of the city of Jersey City restricted the premises in question solely for residential purposes.

We think this case is controlled by the rules and principles laid down by *Ignaciunas* v. *Risley*, 1 *N. J. Adv. R.* 1023, and, under the authority thereof, an alternative writ of *mandamus* should issue.